AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEROY JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED<br><br>Plaintiff(s)<br>Petitioner(s)<br><br>- against -<br><br>EXECUTIVE TRAVEL AGENCY, A NEW YORK CORPORATION<br><br>Defendant(s)<br>Respondent(s) | INDEX #:<br>07 CV 11139<br>DATE FILED:<br>12/10/2007<br><br><br>JUDGE:<br>JONES |

STATE OF NEW YORK: COUNTY OF ALBANY: ss:

J.R. O'ROURKE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 01/16/2008, 02:30PM at 41 STATE STREET, ALBANY NY, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS AND COLLECTIVE ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS AND COPY OF INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES on EXECUTIVE TRAVEL AGENCY, LLC S/H/A EXECUTIVE TRAVEL AGENCY, a defendant in the above action.

Deponent served DONNA CHRISTIE, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 303 of the LLC.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 45   Approximate height 5'03"   Approximate weight 160   Color of skin WHITE   Color of hair BROWN

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

_____
J.R. O'ROURKE

Sworn to before me on 01/22/2008
PATRICIA A. BURKE NO. 4922372
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES FEB 28, 2010

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726