**MEMO ENDORSED**

THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

March 12, 2008

**VIA FAX**

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, rm 740
New York, NY 11201
(212) 805-6724

Re:   Johnson v. Executive Travel
      Docket No.: 07 cv 11139

APPLICATION GRANTED
SO ORDERED

*[signature]*

Frank Maas, USMJ
3/12/08

Dear Judge Maas,

   The undersigned is counsel to plaintiff in the above-referenced matter.

   The Complaint in this action was filed on December 11, 2008. To date, no Answer has been filed. I write to request that plaintiff be allowed to file his Motion for Final Default Judgment by March 25, 2008.

   Thank you very much for your consideration.

Respectfully submitted,

*[signature]*

Justin A. Zeller
Counsel to Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08