**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
WEST 14TH STREET, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

March 20, 2008

**VIA FAX**

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, rm 740
New York, NY 11201
(212) 805-6724

*Plaintiff may file his amended complaint by April 1, 2008, provided that service is thereafter effected on both defendants by June 2, 2008.*
*FMaas, USMJ, 3/20/08*

Re: Johnson v. Executive Travel
Docket No.: 07 cv 11139

Dear Judge Maas,

The undersigned is counsel to plaintiff in the above referenced matter.

The Complaint in this action was filed on December 11, 2008. To date, no Answer has been filed. On March 12, I faxed the Court requesting that plaintiff be allowed to file his Motion for Final Default Judgment by March 25, 2008.

Since that time, my client informed me that there is an individual defendant, in Maryland, who shares liability with the named corporation.

I write now to request that the March 25, 2008 deadline to file Plaintiff's Motion for Default Final Judgment be modified to reflect the deadline by which Plaintiff may file an Amended Complaint, adding the additional defendant.

Thank you very much for your consideration.

Respectfully submitted,

*[signature]*

Justin A. Zeller
Counsel to Plaintiff