# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY JOHNSON, INDIVIDUALLY AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

EXECUTIVE TRAVEL AGENCY, AND CHRISTOPHER LITTLE

Defendant(s)
Respondent(s)

INDEX #:
07 CV 11139

DATE FILED:
04/01/2008

JUDGE:
JONES, J. MAAS, M.J.

STATE OF NEW YORK: COUNTY OF ALBANY: ss:

J.R. O'ROURKE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/20/2008, 01:00PM at 41 STATE STREET, ALBANY NY, deponent served the within FIRST AMENDED SUMMONS IN A CIVIL ACTION & FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT AND DEMAND FOR JURY TRIAL on EXECUTIVE TRAVEL AGENCY, LLC S/H/A EXECUTIVE TRAVEL AGENCY, a defendant in the above action.

Deponent served DONNA CHRISTIE, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 303 of the LLC.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 45    Approximate height 5'04"    Approximate weight 160    Color of skin WHITE    Color of hair BLONDE

THE LAW OFFICE OF
JUSTIN A. ZELLER

251 WEST 14TH STREET
5TH FLOOR
NEW YORK, NY 10011
(212)229-2249

J.R. O'ROURKE

Sworn to before me on 05/27/2008
PATRICIA A. BURKE NO. 4922372
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES FEB 28, 2010

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726