# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY JOHNSON, INDIVIDUALLY AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

EXECUTIVE TRAVEL AGENCY, AND CHRISTOPHER LITTLE

Defendant(s)
Respondent(s)

INDEX #:
07 CV 11139
DATE FILED:
04/01/2008

JUDGE:
JONES, J. MAAS, M.J.

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ELLIOTT STERNBERG, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/28/2008, 08:57PM at 4405 CLARENDON ROAD, APARTMENT #1, BROOKLYN NY 11203, deponent served the within FIRST AMENDED SUMMONS IN A CIVIL ACTION & FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT AND DEMAND FOR JURY TRIAL on CHRISTOPHER LITTLE, a defendant in the above action.

By delivering a true copy thereof to and leaving with ANTONETTE LITTLE/MOTHER, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official repository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 05/29/2008 addressed to defendant CHRISTOPHER LITTLE at 4405 CLARENDON ROAD, APARTMENT #1, BROOKLYN NY 11203 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 60    Approximate height 5'03"    Approximate weight 135    Color of skin BROWN    Color of hair BLACK    Other
NY LICENSE PLATE#CKE-5815

ANTONETTE LITTLE told the deponent that CHRISTOPHER LITTLE was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER
11 WEST 14TH STREET
4 FLOOR
NEW YORK, NY 10011
(212)229-2249

ELLIOTT STERNBERG    License # 1184595

Sworn to before me on 05/29/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726