```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LEROY JOHNSON, Individually and on
Behalf of All Other Persons
Similarly Situated,              :
                                 :
                Plaintiffs,      :
          v.                     :    07 Civ. 11139(BSJ)(FM)
                                 :
EXECUTIVE TRAVEL AGENCY, LLC, and
CHRISTOPHER LITTLE, Jointly and
Severally,                       :    ORDER
                                 :
                DefendantS.      :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Upon my review of Magistrate Judge Frank Maas's Report and Recommendation dated December 19, 2008 (the "Report"), and in the absence of any objections thereto, I hereby confirm and adopt the Report in its entirety, finding no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the law firms of Justin A. Zeller, P.C., and Berger & Gottlieb are relieved from any further duty to represent plaintiff in this action, this case is dismissed without prejudice, and the Clerk of Court is directed to close this case.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          January 14, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/09